**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Jamol Barker

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. Cr.S-07-319 GEB |
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER |
| | ) CONTINUING VIOLATION |
| vs. | ) |
| | ) Date: May 30, 2008 |
| | ) Time: 9:00 AM |
| | ) Court: GEB |
| JAMOL DEVON BARKER | ) |
| Defendant | ) |

**STIPULATION TO CONTINUE HEARING**

Pursuant to agreement between the parties it is hereby stipulated that hearing in the above referenced matter be continued to May 30, 2008 at 9:00 AM.

The basis for this request is that defense counsel are continuing to review discovery with their clients and are in plea negotiations with the government.

IT IS FURTHER STIPULATED that the period from April 25, 2008, (the date currently set for the status conference) through

-1-

and including May 30, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

DATED: April 24, 2008          Respectfully submitted

/S/MICHAEL  B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

**IT IS SO STIPULATED**

/S/KEN MELIKIAN, Esq.,
Ken Melikian, Esq.,                Dated: April 24, 2008
Assistant United States Attorney
Attorney for Plaintiff

/S/MICAHEL B. BIGELOW              Dated: April 24, 2008
Michael B. Bigelow
Attorney for Defendant

1
2
3
4
                              **ORDER**

5        **IT IS ORDERED:** that pursuant to stipulation
6  arraignment in the above referenced matter shall be continued
7  until May 30, 2008 at 9:00 PM.
8          IT IS SO ORDERED.
9  Dated: April 28, 2008
10
11
                    _____
12                  GARLAND E. BURRELL, JR.
                    Chief United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25